**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO: 4:06CR00006-001 SWW

HARRY JEFFERY HAMM

ORDER

By order entered on August 17, 2006, this Court continued the trial of this matter because there had been no designation to a federal facility in order to conduct a psychiatric examination of defendant. It has come to the Court's attention that defendant still has not been designated to a facility for the evaluation.

IT IS THEREFORE ORDERED that the United States Marshal shall transport defendant immediately from his place of confinement to the nearest federal medical center to conduct the previously ordered psychiatric evaluation.

IT IS SO ORDERED this 19th day of September, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE