**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                              NO. 4:06CR00006-001 SWW

HARRY JEFFERY HAMM

ORDER

Pursuant to the government's motion for dismissal of the indictment against defendant pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

IT IS ORDERED that the government's motion be, and it hereby is granted, and the indictment pending against defendant Harry Jeffery Hamm in the above case hereby is dismissed.[1]

DATED this 21st day of September, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The order entered on September 19, 2006, directing that the United States Marshal transport defendant immediately to the nearest federal medical center is rescinded.